In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of BENJAMIN SEIDES, Respondent. FRIEDA S. MILLER, as Industrial Commissioner, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.